816

No. 856, Misc. McKinney v. Warden, United States Penitentiary. C. A. 10th Cir. Certiorari denied. *Roy Cook* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Ryan* and *Harold H. Greene* for respondent.

No. 857, Misc. Johnson v. Maryland. Court of Appeals of Maryland. Certiorari denied.

No. 859, Misc. Stevens v. Myers, Superintendent of State Penitentiary. Supreme Court of Pennsylvania. Certiorari denied.

No. 873, Misc. Ward v. Warden, Maryland House of Correction. Court of Appeals of Maryland. Certiorari denied.

No. 878, Misc. McKinney v. Parole Board of Michigan. Supreme Court of Michigan. Certiorari denied.

No. 895, Misc. Estelle v. Maroney, Superintendent, State Correctional Institution. Supreme Court of Pennsylvania. Certiorari denied.

No. 862, Misc. Hicks v. Springer et al. C. A. 6th Cir. Certiorari denied. Mr. Justice Stewart took no part in the consideration or decision of this application.

No. 627. Monday v. United States, 361 U. S. 965. Motion for leave to file second petition for rehearing denied.